**Order entered September 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00389-CV

**SONGHE ZHANG, Appellant**

**V.**

**KIRSTEN ZHANG, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-30041-2009**

## ORDER

The Court **GRANTS** appellant's September 4, 2014 motion to extend time to file motion

for rehearing.  Appellant's motion for rehearing, tendered to the Clerk on September 4, 2014, is

**ORDERED** filed as of the date of this order.

/s/     DAVID EVANS
          JUSTICE